**Neter EL–BEY, Plaintiff–Appellant,**

v.

**CITY OF NEWPORT NEWS,
Defendant–Appellee.**

No. 15–2254.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Neter El–Bey, Appellant Pro Se.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Neter El–Bey appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2012) complaint under 28 U.S.C.
§ 1915(e)(2)(B) (2012). We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *El–Bey v.
City of Newport News*, No. 4:15–cv–00096–
RAJ–RJK (E.D.Va. Sept. 15, 2015). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*